Plaintiff–Appellant: The PEOPLE of the State of Colorado,

v.

Defendant–Appellee: Aaron Vincent MICCIULLI.

No. 05SA290.

Supreme Court of Colorado.

Feb. 21, 2006.

Don Quick, District Attorney, Seventeenth Judicial District, Eric M. Johnson, Deputy District Attorney, Brighton, for Plaintiff–Appellant.

Steven R. Barnes, Denver, for Defendant–Appellee.

PER CURIAM.

In this Interlocutory Appeal, Justice Hobbs, Justice Martinez, and Justice Bender are of the opinion that the trial court ruling granting the defendant's motion to suppress should be affirmed; whereas Chief Justice Mullarkey, Justice Rice, and Justice Coats are of the opinion that it should be reversed.

Since the court is equally divided, the trial court ruling granting the defendant's motion to suppress is affirmed by operation of law. *See* C.A.R. 35(e).